# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 1:96cr40-MP

WILLIAM NITTI

_____/

## O R D E R

This matter is before the court on the government's Petition for Remission of Fine. (Doc. 44). For the reasons stated in the government's petition, the court concludes that the interest of justice support remitting the fine imposed by the judgment dated April 28, 1998. Accordingly, the Petition for Remission of Fine (doc. 44) is GRANTED.

**DONE and ORDERED** this 17th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**